**Clair G. Burrill, Esq. - SBN 63930**
**Clair G. Burrill, P.C.**
**501 S. Reino Road, Suite 300**
**Thousand Oaks, CA 91320**
**Phone: (805) 375-1144**
**Fax: (805) 375-1146**
**E-mail: ClairBurrill@gmail.com**

**JD Sanchez, Esq. - SBN 246598**
**JD Sanchez, Attorney at Law**
**4101 McGowen Street, Suite 110-234**
**Long Beach, CA 90808**
**Phone: (949) 929-8730**
**Fax: (888) 875-8525**
**E-mail: jdsanchez.esq@gmail.com**

**Attorneys for Plaintiff**
**Mattie Music Group**
**dba Bleunig Music**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MATTIE MUSIC GROUP dba BLEUNIG MUSIC**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**CAPITOL RECORDS, LLC, UNIVERSAL MUSIC GROUP, INC., SONY PUBLISHING (US) LLC, dba SONY/ATV SONGS LLC, KOBALT MUSIC PUBLISHING AMERICA, INC. dba SONGS OF KOBALT MUSIC PUBLISHING**<br><br>**and DOES 1 through 50**<br><br>**Defendants.** | **Case No. 2:26-cv-11383 AJR**<br><br>**DEMAND FOR JURY TRIAL FRCP 38(b)** |

Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiff, Mattie Music Group dba Bleunig Music, hereby demands a trial by jury on all issues triable of right by a jury in this action.

Dated: November 20, 2026

Respectfully submitted,

Clair G. Burrill, Esq.

JD Sanchez, Esq.
Attorneys for Plaintiff Mattie Music Group
dba Bleunig Music