Peter Anderson, Esq. (Cal. Bar No. 88891)
peteranderson@dwt.com
DAVIS WRIGHT TREMAINE LLP
350 South Grand Avenue, 27th Floor
Los Angeles, California 90071
Telephone: (213) 633-6800
Fax: (213) 633-6899

Attorneys for Defendants
CAPITOL RECORDS, LLC,
UNIVERSAL MUSIC GROUP, INC.,
SONY MUSIC PUBLISHING (US) LLC,
and KOBALT MUSIC PUBLISHING
AMERICA, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| MATTIE MUSIC GROUP dba BLEUNIG MUSIC,<br><br>Plaintiff,<br><br>vs.<br><br>CAPITOL RECORDS, LLC, UNIVERSAL MUSIC GROUP, INC., SONY PUBLISHING (US) LLC, dba SONY/ATV SONGS LLC, KOBALT MUSIC PUBLISHING AMERICA, INC. dba SONGS OF KOBALT MUSIC PUBLISHING and DOES 1-50,<br><br>Defendants. | Case No. 2:26-cv-11383 AJR<br><br>STIPULATION TO ORDER EXTENDING TIME TO RESPOND TO COMPLAINT BY TWO WEEKS<br><br>[*Proposed*] Order Submitted Herewith |

**STIPULATION**

Plaintiff Mattie Music Group ("Plaintiff") and defendants Capitol Records, LLC, Universal Music Group, Inc., Sony Publishing (US) LLC, and Kobalt Music Publishing America, Inc. (collectively, "Defendants," and with Plaintiff, the "Parties"), by and through their respective attorneys of record, enter into this Stipulation with respect to the following facts:

1. This is an action for the alleged infringement of a musical composition copyright.

2. On October 21, 2026, Plaintiff and Defendants filed their Stipulation pursuant to this Court's Local Rule 8-3, extending to November 30, 2026, the time for Defendants to respond to Plaintiff's Complaint.

3. While Defendants dispute Plaintiff's claim, in the interest of resolving the matter the Parties have engaged in early discussions for the amicable resolution of the case and those discussions have been productive. In order to provide the Parties additional time to pursue and complete those discussions, they respectfully request that the time for Defendants to respond to Plaintiff's Complaint be extended by an additional two weeks.

**NOW, THEREFORE,** Plaintiff and Defendants stipulate to the Court's entry of the accompanying proposed Order extending to December 14, 2026, the time for Defendants to respond to the Complaint in this action.

**SO STIPULATED**

Dated: 11/25/26

Clair G. Burrill, Esq.
CLAIR G. BURRILL, P.C.
and
JD Sanchez, Esq.
Attorneys for Plaintiff
MATTIE MUSIC GROUP

Dated: November 25, 2026

/s/ Peter Anderson
Peter Anderson, Esq.
DAVIS WRIGHT TREMAINE LLP
Attorneys for Defendants
CAPITOL RECORDS, LLC,
UNIVERSAL MUSIC GROUP, INC.,
SONY MUSIC PUBLISHING (US) LLC,
and KOBALT MUSIC PUBLISHING
AMERICA, INC.

**Attestation Regarding Signatures**

The undersigned attests that all signatories listed, and on whose behalf this filing is submitted, concur in this filing's content and have authorized its filing.

Dated: November 25, 2026

/s/ Peter Anderson
Peter Anderson, Esq.